Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

February 19, 2026

> Application denied. Plaintiff may call the Pro Se Intake Unit at (212) 805-0175 for procedural assistance.
>
> Plaintiff shall comply with the Court's 2/17/26 Order no later than March 17, 2026. (*See* Doc. 6).
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 7.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           February 25, 2026

**Re: Estate of Beth Ann Lee v. Bryan Medical Center et al., No. 7:26-cv-00559-PMH**
**Letter-Motion for Facilitation of Counsel Pursuant to Court's Inherent Authority**

Dear Judge Halpern:

Plaintiff Matthew F. Leber, pro se Administrator of the Estate of Beth Ann Lee, respectfully submits this letter-motion pursuant to Individual Practice Rules 1(F) and 2(C) requesting referral to the Pro Bono Coordinator, or such other facilitation of counsel as the Court deems appropriate.

No defendant has appeared in this action. Accordingly, no opposition letter is presently possible. Plaintiff respectfully requests that the Court proceed on this letter-motion alone or set whatever response deadline it deems appropriate upon service.

The basis for this request is set forth in the accompanying Memorandum in Support. In brief: Defendants' own tortious conduct — the interstate transfer of a quadriplegic patient into this district — has created a documented bilateral market failure rendering this estate unrepresentable in either Nebraska or this district. Plaintiff has contacted nearly fifty attorneys in this district alone. Each has declined on the identical stated ground: the personal jurisdiction dispute arising from the transfer Defendants themselves executed.

Plaintiff does not invoke 28 U.S.C. § 1915 and does not seek compelled appointment. He seeks only referral to the Court's Pro Bono Program under the institutional mechanism established by Standing Order 16-MC-0078.

Respectfully submitted,

/s/ Matthew F. Leber


Enclosures:

1. Memorandum in Support of Letter-Motion for Facilitation of Counsel
2. Exhibit – Nebraska Attorney Outreach
3. Exhibit – Declaration of SDNY Attorney Outreach
4. Exhibit – Physician Malpractice Declaration
5. Exhibit – Declaration of Estate Indigence