UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF BETH ANN LEE,                    )          26-CV-00559
                                           )
                Plaintiff,                 )
                                           )      **ORDER FOR ADMISSION PRO**
       -against-                           )        **HAC VICE (PMH)**
                                           )
BRYAN MEDICAL CENTER, et al.,              )
                                           )
                Defendants.                )

The motion of William L. Tannehill for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Nebraska; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | William L. Tannehill, NE # 16946 |
| Firm Name: | Baylor Evnen Wolfe & Tannehill, LLP |
| Address: | Union Bank Place, 1248 O St., Ste. 900 |
| City/State/Zip: | Lincoln, NE 68508 |
| Telephone: | (402) 475-1075 |
| Fax: | (402) 475-9515 |
| Email: | wtannehill@baylorevnen.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Bryan Medical Center, Bryan Health, Dr. John Trapp, Barry Rutt, John Woodrich, and Eric Mooss in the above entitled action;

**IT IS HEREBY ORDERED** the Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Accordingly, the Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 22.

DATED: White Plains, New York
May 5, 2026

The Honorable Philip M. Halpern
United States District Judge

2