UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESTATE OF BETH ANN LEE,

                    Plaintiff,

            -against-

BRYAN MEDICAL CENTER, et al.,

                    Defendants.

**ORDER**

26-CV-00559 (PMH)

PHILIP M. HALPERN, United States District Judge:

On January 21, 2026, Matthew F. Leber ("Leber"), purportedly the administrator of the Estate of Beth Ann Lee and proceeding *pro se*, filed a lawsuit on behalf of the Estate of Beth Ann Lee ("Plaintiff") against a number of healthcare entities and individuals (together, "Defendants"). (*See* Doc. 1). The Complaint includes twenty-two claims for relief, all pled by "Plaintiff, the ESTATE OF BETH ANN LEE, by and through its duly appointed Administrator, MATTHEW F. LEBER," who filed the Complaint *pro se*. (*See* Doc. 2). On February 17, 2026, the Court issued an Order, directing that, "absent an appearance by licensed counsel for Plaintiff, Leber shall, no later than March 17, 2026 show cause why any claims belonging to the decedent's estate should not be dismissed," referring to a Nebraska District Court case previously filed by Leber with "nearly identical" claims at issue. (*See* Doc. 6). The Court warned that Leber's failure to comply with the Order "may result in dismissal of this action pursuant to Fed. R. Civ. P. 41(b)." (*Id.*).

On February 19, 2026, Leber filed a letter motion for "Facilitation of Counsel Pursuant to Courts Inherent Authority." (Doc. 7). The Court, by Order dated February 25, 2026, denied Plaintiff's request. (Doc. 8). On March 17, 2026, counsel "Ryan McCrosson" filed a Notice of Appearance on Plaintiff's behalf, along with a Motion to Appear Pro Hac Vice. (*See* Docs. 9, 10). While the docket reflects that the Notice of Appearance was filed by "Ryan McCrosson," an

attorney apparently located in Indiana, the actual Notice refers to and is signed by a "Richard J. Abrahamsen, Esq. of Abrahamsen Grant LLC." (Doc. 9). Additionally, the Court notes that the Motion to Appear Pro Hac Vice filed by "Ryan McCrosson" was terminated as deficient, since it failed to include a Certificate of Good Standing from the Supreme Court of Indiana and was "signed by a different attorney," namely, Richard J. Abrahamsen, Esq. (*See* Doc. 10; *see also* March 17, 2026 Docket Entry, "Notice Regarding Deficient Motion to Appear Pro Hac Vice").

Thus, despite the docket reflecting an "appearance" by counsel for Plaintiff, it is plain to the Court that no proper appearance has yet been made by licensed counsel for Plaintiff. In fact, this appears even more evident based on Leber's continued *pro se* filings, including the most recent documents filed on April 30, 2026. (*See* Docs. 11-21).

Accordingly, the Court directs the following:

- To the extent Ryan McCrosson intends to appear as counsel for Plaintiff, Ryan McCrosson shall, no later than May 13, 2026, re-file a proper Motion to Appear Pro Hac Vice;

- To the extent the attorney identified in Docs. 9 and 10, "Richard J. Abrahamsen," also intends to appear as counsel for Plaintiff, Richard J. Abrahamsen shall, no later than May 13, 2026, file a proper Notice of Appearance or Motion to Appear Pro Hac Vice, to the extent necessary; and

- Absent a proper appearance by McCrosson, Abrahamsen, or other licensed counsel for Plaintiff, Leber shall, no later than May 20, 2026, comply with the Court's February 17, 2026 Order and show cause "why any claims belonging to the decedent's estate should not be dismissed for the reasons outlined in the Nebraska District Court Case." (Doc. 6).

Leber's failure to comply with this Order may result in dismissal of this action pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully requested to mail copies of this Order to Ryan McCrosson at the address listed on the docket, and to Richard J. Abrahamsen, Esq. at Abrahamsen Grant LLC, 3 University Plaza, Suite 207, Hackensack, NJ 07601.

SO ORDERED.

Dated:   White Plains, New York
         May 5, 2026

PHILIP M. HALPERN
United States District Judge